UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                               CASE NO. 8:25-mj-02598-CPT

DEADREART JAMEL HOLMES

### REQUEST FOR LEAVE TO DISMISS COMPLAINT

Pursuant to Fed. R. Crim. P. 48(a), Gregory W. Kehoe, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Complaint pending against Defendant Deadreart Jamel Holmes, in the above-captioned case, without prejudice, in the interests of justice.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Complaint against Defendant Deadreart Jamel Holmes in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/Joseph K. Ruddy
Joseph K. Ruddy
Assistant United States Attorney
United States Attorney No. 037
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Joseph.Ruddy@usdoj.gov