UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:25-mj-02598-CPT

DEADREART JAMEL HOLMES

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Complaint against Defendant Deadreart Jamel Holmes, without prejudice. Leave of Court is granted and the Complaint is dismissed against Defendant Deadreart Jamel Holmes, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant Deadreart Jamel Holmes.

Dated: AUGUST 1, 2025

_____
CHRISTOPHER P. TUITE
United States District Judge